LAW OFFICES

# HOPE C. LEFEBER, LLC

TWO PENN CENTER
1500 JFK BOULEVARD; SUITE 1205
PHILADELPHIA, PENNSYLVANIA 19102

10-CR-159-1

Telephone: 610-668-7927
Email: hopelefeber@comcast.net

Facsimile: 610-668-7929
www.lefeberlaw.com

## FAX TRANSMITTAL

TO: Hon. Judge Diamond, Daniel Valez AUSA

DATE: 7/20/12

No. of Pages: 2

Defense Exhibit 1 - Botsvynyuk

### CONFIDENTIALITY NOTICE

This telefacsimilie transmission is intended only for the use of the named recipient. It is confidential and privileged. If you are not the named recipient, you are hereby notified that any unauthorized review, disclosure, copying or use of the contents of the transmission is prohibited and shall not constitute waiver of the attorney client privilege. If you have received this transmission in error, please notify us immediately by telephone (collect) and we will arrange for its return.

| | |
|---|---|
| From: | BOTSVYNYUK OMELYAN (61824066) |
| Sent Date: | Friday, July 13, 2012 8:05 AM |
| To: | hopelefeber@comcast.net |
| Subject: | competency issues. |

FIRST I WANT YOU TO FILE AN EMERGENCY MOTION FOR (1) A INDEFINITE CONTINUANCE UNTIL MY COMPETENCY CAN BE ESTABLISHED. (2) MOTION THE COURT FOR A FULL PSYC EVALUATION (3) MOTION FOR COMPETENCY HEARING (4) MOTION TO SET ASIDE JURY VERDICT AS I AM AND WAS INCOMPETENT TO STAND TRIAL . TO SUPPORT YOUR MOTION I HAVE MEDICAL RECORDS FROM PREVIOUS EVALUATIONS WHERE MY PSYCOLOGICAL FUNCTIONING WAS DEEMED LIMITED. I SUFFER FROM "PTSD" FROM ALL THE VIOLENCE DONE TO ME IN MY COUNTRY AND ALL THE BODIES AND THINGS I SAW IN MY COUNTRY AS WELL AS FROM THE VIOLATION OF MY HUMAN RIGHTS IN MY COUNTRY. I HAVE AUDITORY HALLUCINATIONS , EXTREAME PARANOIA, AND A MAJOR MOOD /THOUGHT DISORDER. HAD THE RECORDS BEEN CHECKED/SUBMITTED BEFORE TRIAL I AM SURE I WOULD HAVE BEEN FOUND INCOMPETENT. GET THIS MATTERS TAKEN CARE OF TODAY OR ON MONDAY AS WE CAN NOT PROCEED TO SENTANCING WHEN A CLEAR CONSTITUTIONAL VIOLATION HAS OCCURED .
-----Lefeber, Hope C on 7/12/2012 11:30 AM wrote: